**ATTACHMENT A**

**B. The Defendant(s)**

**Defendant No. 1**

Jared Polis, at all relevant times cited in this complaint, is the current Governor of the State of Colorado. Defendant Polis is responsible for appointing various officials that must ensure the health and safety of all offenders held at CDOC and private contract prisons. He must ensure that the head of each principal department is empowered, subject to the written approval of the governor, to prescribe rules and regulations, not inconsistent with law, for the government of his department, the conduct of its employees, the distribution and performance of its business, and the custody, use, and preservation of the records, papers, books, documents, and property pertaining thereto. He is being sued in both his individual and official capacity.

Address: 136 State Capitol Building

City & Zip Code: Denver, Co. 80203-1792

Phone: 303-866-2471

**Defendant No. 2**

Defendant, Dean Williams, at all relevant times cited in this complaint, is the Executive Director of the Colorado Department of Corrections (CDOC). Acting for the State of Colorado, his position is created to manage, supervise, and control the correctional institutions operated and supported by the state; to monitor and supervise the activities of private contract prisons; to manage and supervise the divisions, agencies, boards, and commissions that are or may be transferred to or established within the department by law or by the executive director pursuant

to > section 17-1-101(2); to provide work and self-improvement opportunities; and to establish an environment that promotes habilitation for successful reentry into society. To develop policies and procedures governing the operation of the department. To supervise the business, fiscal, budget, personnel, and financial operations of the department and the institutions and activities under his control. In consultation with the division directors and the wardens, to develop a systematic building program providing for the projected, long-range needs of the institutions under his or her control. To efficiently manage the lands associated with or owned by the department. To the extent practical, to utilize the staff and services of other state agencies and departments, within their respective statutory functions, to carry out the purposes of this title. To the extent practical, to develop within the correctional institutions industries that develop work skills for inmates and that also will serve the purpose of supplying necessary products for state institutions and other public purposes as provided by law. To appoint an inspector general and investigators and oversee independent annual audits of all prisons that housed Colorado offenders. Finally, it is his responsibility to review Offender Classification policies and Administrative Regulations (AR) 's and update them annually to ensure that they conform with changes in Statutes and Legislative Acts and then communicate those changes to all Colorado officials and offenders under his supervision. He is being sued in his individual capacity.

Address: 1250 Academy Park Loop

City & Zip Code: Colorado Springs, 80910

County & State: El Paso County, Colorado

Phone: (719) 579-9580

**Defendant No. 3**

Defendant, Jennifer Murphy, at all relevant times cited in this complaint, is the Supervisor of Offender Time/Release Operations, and an employee of the Colorado Department of Corrections. As the acting Colorado official for Time/Release, Defendant Murphy is responsible for following the policies of CDOC and to provide a structural release program for offenders under legal conditions and (AR) 'a using procedures that ensure the security of the facility and the welfare of the offender. She must follow (AR) 's that explain the established procedures to various staff and Case Managers to process offenders being released from DOC facilities as well as private prisons that house Colorado offenders. She is responsible for the coordination of all various Departments that collect data to reduce or increase the time served on their prison sentences, parole period and probation period for all Colorado offenders. She is to ensure that offenders sentences have been calculated correctly. Defendant Murphy must inform herself and her staff of all prior, current and new statutory and legislative rules, acts and case law that change the terms of offender sentences to prison, parole and probation timeframes, so that offenders are released at the earliest date possible to parole or discharge. She is being sued in her individual capacity.

Address: 1250 Academy Park Loop

City & Zip Code: Colorado Springs, 80910

County & State: El Paso County, Colorado

Phone: (719) 579-9580

**Defendant No. 4**

Defendant, Michelle Brodeur, at all relevant times cited in this complaint, is the Head of Clinical Services, and an employee of the Colorado Department of Corrections. In her position, she is responsible for administrative oversight of the legislatively appropriated line item budget, DOC employees and contract workers, and system wide health care operations of Colorado offenders. She is being sued in her individual capacity.

Address: 1250 Academy Park Loop

City & Zip Code: Colorado Springs, 80910

County & State: El Paso County, Colorado

Phone: (719) 579-9580

**Defendant No. 5**

Defendant, Lt. Sarah Heisch, at all relevant times cited in this complaint, is a PPMU of the Crowley County Correctional Facility. She is being sued in her individual capacity. As an acting Colorado official monitoring all aspects at CCCF for Colorado offenders under her care, she is responsible to ensure all aspects of case management, maintenance, medical, hearings, mental health, life, health and safety. She must communicate all Administrative Regulations (AR) 's, statutes and legislative acts to the Private Prison contractors to ensure that the rights of all the Colorado offenders ar being upheld to the standards of the Colorado and Federal Constitution.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 6**

Defendant, Lt. J. Stevenson, at all relevant times cited in this complaint, is a PPMU at the Crowley County Correctional Facility. He is being sued in his individual capacity. As an acting Colorado official monitoring all aspects at CCCF for Colorado offenders under his care, he is responsible to ensure all aspects of case management, maintenance, medical, hearings, mental health, life, health and safety. He must communicate all Administrative Regulations (AR) 's, statutes and legislative acts to the Private Prison contractors to ensure that the rights of all the Colorado offenders ar being upheld to the standards of the Colorado and Federal Constitution.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 7**

Defendant, Jeannie Lira, at all relevant times cited in this complaint, is a Program Assistant I PPMU who works at the Headquarters Office in Colorado Springs. While acting as a Colorado official, for Time/Release Operations as a Private Prison Monitor Unit official, Defendant Lira must review all statutes and legislative acts that Defendant Quintana has updated to ensure offender classifications are correct. As a Private Prison Monitor Unit, Defendant Lira must

coordinate with Defendant Murphy, to follow all policies of the CDOC. Defendant Lira should contact Defendant Tenorio and explain any changes to the offender classification plan. To ensure that the plan is being implemented correctly, she must monitor all offender scheduled movement whether they are progressive, lateral or regressive moves from or to the private prisons that she is to Supervise. She is being sued in her individual capacity.

Address: 1250 Academy Park Loop

City & Zip Code: Colorado Springs, 80910

County & State: El Paso County, Colorado

Phone: (719) 579-9580

**Defendant No. 8**

Defendant, Mary Quintana, at all relevant times cited in this complaint, is the Head of Case Management for (CDOC) who works at the Headquarters office in Colorado Springs. As a acting Colorado official, Defendant Quintana must follow the (AR) 's for the written offender classification plan. This plan is to be explained to all CDOC and Private Prison Case Managers. The plan specifies the objectives of the classification system and methods for achieving them and it provides a monitoring and evaluation mechanism to determine whether the objectives are being met. Defendant Quintana must review the plan annually and send updates to all Case Managers under her supervision, as needed. Defendant Quintana must be diligent in her Supervisory position. She must communicate changes to all Case Mangers by reviewing sentencing laws, and legislative acts that will ensure that offenders are assigned to the lowest custody and housed at the lowest security level facility balancing the needs of the offender and the CDOC with the safety of the general public, CDOC employees, contract workers, volunteers,

and other offenders. Defendant Quintanna must coordinate with private facilities through the PPMU and Time/Release to ensure the validation of custody issues in accordance with all (AR) 's and review them with each facilities internal classification committee chairperson. She is being sued in her individual capacity.

Address: 1250 Academy Park Loop

City & Zip Code: Colorado Springs, 80910

County & State: El Paso County, Colorado

Phone: (719) 579-9580

**Defendant No. 9**

Defendant, Sherie Daigle, at all relevant times cited in this complaint, is the Inspector General for (CDOC) who works at the Headquarters office in Colorado Springs. In her position, she acts for the State of Colorado, to establish methods and procedures for executing statutory and other responsibilities associated with investigations of criminal activity, investigations of waste, fraud, mismanagement, and audits and inspections to ensure compliance with pertinent regulations and standards and to identify improvements. Defendant Daigle is in charge of Professional Standards Investigations that creates policies to establish methods of investigation for allegations of misconduct, or illegal conduct that undermines the public faith, trust, and confidence in the DOC, and jeopardizes the safety of DOC employees, contract workers, volunteers, offenders and visitors. She is being sued in her individual capacity.

Address: 1250 Academy Park Loop

City & Zip Code: Colorado Springs, 80910

County & State: El Paso County, Colorado

Phone: (719) 579-9580

**Defendant No. 10**

Defendant, Misti Cook, at all relevant times cited in this complaint, works at Offender Time/Release Operations, and an employee of the Colorado Department of Corrections. As an acting Colorado official for Time/Release Operations, Defendant Cook is responsible for following the policies of CDOC and to provide a updated information for offender working files for offenders under legal conditions and (AR) 'a using procedures that ensure the security of the facility and the welfare of the offender. She is being sued in her individual capacity.

Address: 1250 Academy Park Loop

City & Zip Code: Colorado Springs, 80910

County & State: El Paso County, Colorado

Phone: (719) 579-9580

**Defendant No. 11**

Defendant, Core Civic Corporation, at all relevant times cited in this complaint, is the parent company of the private prison at Crowley County Correctional Facility (CCCF). The corporation has agents and employees in the State of Colorado where it conducts and solicit business, specifically at (CCCF). It is being sued in both it's official and individual capacity.

Address: 5501 Virginia Way

City,& State & Zip Code: Brentwood, Tn. 37027

**Defendant No. 12**

Defendant, Damon T. Hininger, at all relevant times cited in this complaint, is the CEO of Core Civic, responsible for (CCCF). The corporation has directors, officers, agents and employees in the State of Colorado where it conducts and solicit business, specifically at (CCCF). They are being sued in both their official and individual capacity.

Address: 5501 Virginia Way

City & State & Zip Code: Brentwood, Tn. 37027

**Defendant No. 13**

Defendant, Barry Goodrich, at all relevant times cited in this complaint, is the Warden of (CCCF). Defendant Goodrich is the official in charge of the private prison at (CCCF). He is responsible for the implementation of policies that adhere to Colorado Statutes and Administrative Regulations for Colorado offenders housed at (CCCF).He is being sued in both his official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 14**

Defendant, Brian Lovato, at all relevant times cited in this complaint, is Unit Manager, at (CCCF). He is being sued in both his official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 15**

Defendant, Paul Pacheco, at all relevant times cited in this complaint, is the Chief of Unit Management, at (CCCF). He is being sued in both his official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 16**

Defendant, Eddie Tenorio, at all relevant times cited in this complaint, is the Classification Supervisor, a Case Manager III, at (CCCF). Acting as a Colorado official as the Administrative Head of Case Management at CCCF, Defendant Tenorio is responsible for the implementation of all (AR) 's within the Private Prison, CCCF. He must coordinate with the Colorado officials, PPMU and the private contract Case Managers that he supervises to ensure that the internal classification committee will implement all changes to their prison sentences created by statutory and legislative laws. Defendant Tenorio must confirm and communicate with Defendant Murphy

of Time/Release and Defendant Quintana, Head of Case Manager of CDOC, to ensure that the standards for Colorado offenders classification, facility movement, and parole procedures are being followed to ensure that their sentences are calculated properly so that offenders are released from prison or can be seen by the Parole Board at their earliest date possible. He is being sued in both his official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-35481.

**Defendant No. 17**

Defendant, George Teneff, at all relevant times cited in this complaint, is a Case Manager at (CCCF). He is being sued in both his official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 18**

Defendant, Joy Palamino, at all relevant times cited in this complaint, is the Records Supervisor, and the MPS Job Coordinator at (CCCF). Defendant Palomino is also the payroll manager that is

responsible for the administration of the Risk Management Program and to provide direction in that process. She is being sued in both her official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 19**

Defendant, David E. Young, at all relevant times cited in this complaint, is the Supervisor for the Maintenance Department at (CCCF). He is being sued in both his official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 20**

Defendant, Myra L. Walter, at all relevant times cited in this complaint, is the Mail Room Supervisor at (CCCF). She is being sued in both her official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 21**

Defendant, Nancy Taylor, at all relevant times cited in this complaint, is the Life Safety Coordinator at (CCCF). Acting for Core Civic Corporation in the State of Colorado at CCCF, she is responsible for completing, scheduling, or otherwise arranging for all inspections, tests, and other review of facility/office life safety programs as required by the relevant statutes, executive orders, standards, fire and building codes, and Administrative Regulations. This individual will also communicate the results and distribute reports of these inspections, tests and other reviews. This individual will be the primary contact with the authority having jurisdiction regarding these and review related plans of actions. She is being sued in both her official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 22**

Defendant, Malinda R. Mc Millian, at all relevant times cited in this complaint, is the Bookkeeper at (CCCF). She is being sued in both her official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 23**

Defendant, Rich D. Guerrero Jr., at all relevant times cited in this complaint, is the Case Manager Supervisor, at (CCCF). He is being sued in both his official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**Defendant No. 24**

Defendant, Zearn Rodriguez, at all relevant times cited in this complaint, is the Manager of Finance Operations, at (CCCF). He is being sued in both his official and individual capacity.

Address: 6564 State Highway 96

City & Zip Code: Olney Springs, 81062

County & State: Crowley County, Colorado

Phone: (719) 267-3548

**ATTACHMENT B**

**D.** Defendant 's listed below have acted "under color of law" as follows, below:

**Defendant No. 1:** Jared Polis has been the acting Governor of the State of Colorado when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 2:** Dean Williams has been the acting Executive Director of the Colorado Department of Corrections (CDOC), when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 3:** Jennifer Murphy has been the acting Supervisor of Time/Release Operations for the Colorado Department of Corrections (CDOC), when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 4:** Michelle Brodeur, at all relevant times cited in this complaint, is the acting Head of Clinical Services, for the Colorado Department of Corrections (CDOC), when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility. She is responsible for administrative oversight of the legislatively appropriated line item budget, Department of Corrections employees and contract workers, and system wide health care operations of Colorado offenders.

**Defendant No. 5:** Lt. Sarah Heisch, at all relevant times cited in this complaint, is an acting PPMU for the Colorado Department of Corrections (CDOC), when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 6:** Lt. J. Stevenson, at all relevant times cited in this complaint, is an acting PPMU for the Colorado Department of Corrections (CDOC), when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 7:** Jeannie Lira, at all relevant times cited in this complaint, is an acting Program Assistant I PPMU, for the Colorado Department of Corrections (CDOC), when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 8:** Mary Quintana, at all relevant times cited in this complaint, is the acting Head of Case Management for the Colorado Department of Corrections (CDOC), when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 9:** Sherie Daigle, at all relevant times cited in this complaint, is the acting Inspector General for the Colorado Department of Corrections (CDOC), when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 10:** Misti Cook, at all relevant times cited in this complaint, is an acting Time/Release Operations official, when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 11:** Core Civic Corporation, at all relevant times cited in this complaint, is the acting parent company of the Private Prison at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 12:** Damon T. Hininger, at all relevant times cited in this complaint, is the acting CEO of Core Civic, responsible for when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 13:** Barry Goodrich, at all relevant times cited in this complaint, is the acting Warden of Crowley County Correctional Facility when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 14:** Brian Lovato, at all relevant times cited in this complaint, is an acting Unit Manager, at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 15:** Paul Pacheco, at all relevant times cited in this complaint, is the acting Chief of Unit Management, at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 16:** Eddie Tenorio, at all relevant times cited in this complaint, is the acting Classification Supervisor, a Case Manager III, at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 17:** George Teneff, at all relevant times cited in this complaint, is an acting Case Manager at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 18:** Joy Palamino, at all relevant times cited in this complaint, is the acting Records Supervisor, and the MPS Job Coordinator at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 19:** David E. Young, at all relevant times cited in this complaint, is the acting Supervisor for the Maintenance Department at Crowley County Correctional Facility (CCCF)

when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 20:** Myra L. Walter, at all relevant times cited in this complaint, is the acting Mail Room Supervisor at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 21:** Nancy Taylor, at all relevant times cited in this complaint, is the acting Fire Safety Manager at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 22:** Malinda R. Mc Millian, at all relevant times cited in this complaint, is the acting Bookkeeper at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 23:**, Rich D. Guerrero Jr., at all relevant times cited in this complaint, is the acting Case Manager Supervisor, at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

**Defendant No. 24:** Zearn Rodriguez, at all relevant times cited in this complaint, is the acting Manager of Finance Operations, at Crowley County Correctional Facility (CCCF) when the events that led to this complaint occurred and continue to occur at the Crowley County Correctional facility.

All preceding, current and successor Defendants have acted, and continue to act, under color of Colorado state law at all time relevant to this complaint.